```
                                                                FILED
         IN THE UNITED STATES DISTRICT COURT
                                                              JAN 1 8 2001
           FOR THE WESTERN DISTRICT OF TEXAS
                                                          CLERK, U.S. DISTRICT COURT
                        AUSTIN DIVISION                   WESTERN DISTRICT OF TEXAS
                                                          BY _____
                                                                  DEPUTY CLERK
```

JOHN CHATFIELD, et. al.             §
                                    §
VS.                                 §     CIVIL NO. A-00-CA-635 JN
                                    §
CITY OF EVANSVILLE, INDIANA, et. al. §

## ORDER

Before the Court is the parties' Stipulation of Dismissal for the above-entitled cause of action. Rule of Civil Procedure 41(a)(1) provides for voluntary dismissal of a case by filing of a stipulation of dismissal signed by all parties who have appeared in the cause of action. Upon review of the motion, the applicable legal authorities, and the entire case file, the Court enters the following Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the parties' Stipulation of Dismissal for the above-entitled cause of action is hereby GRANTED and that all claims in this cause of action are hereby DISMISSED WITH PREJUDICE.

LASTLY, IT IS ORDERED that this cause of action is CLOSED and that all pending motions are hereby DENIED AS MOOT.

SIGNED AND ENTERED this 18th day of January, 2001.

JAMES R. NOWLIN
CHIEF UNITED STATES DISTRICT JUDGE